**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MOHAMED ATTWA ELSAYED MOURSY**,<br><br>*Petitioner*,<br><br>v.<br><br>**J.L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-06314-JDW** |

**ORDER**

**AND NOW**, this 28th day of August, 2026, upon consideration of Petitioner Elsayed Moursy's Verified Petition For Writ Of Habeas Corpus (ECF No. 1) and Respondents' Opposition To Petition For Writ Of Habeas Corpus (ECF No. 3), and for substantially the same reasons stated in *Wanderson Lopes De Andrade v. Director Phila. Field Office Immigration*, Case No. 26-1454 (3d Cir. Aug. 28, 2026) (No. 93), it is **ORDERED** as follows:

1. Mr. Elsayed Moursy's Verified Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. Mr. Elsayed Moursy is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3. The Government shall **RELEASE** Mr. Elsayed Moursy from custody on or before 5:00 p.m. ET on August 29, 2026 and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on August 31, 2026;

4. The Government is temporarily enjoined from re-detaining Mr. Elsayed Moursy for seven days following his release from custody; and

5. If the Government chooses to pursue re-detention of Mr. Elsayed Moursy after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.